Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−29524−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dennis C. Pfender, Jr.
aka Dennis C Pfender, aka DENNIS
PFENDER, dba Pfender Design Group,
LLC
431 Prospect Ave
West Berlin, NJ 08091−9237

Social Security No.:
xxx−xx−8807

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:        April 17, 2020
Time:        09:00 AM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*26* − Certification in Opposition to (related document:25 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 03/6/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Ronald E. Norman on behalf of Dennis C. Pfender, Jr.. (Norman, Ronald)

and transact such other business as may properly come before the meeting.


Dated: March 9, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dennis C. Pfender,, Jr.  
      Debtor

Case No. 18-29524-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Mar 09, 2020  
                         Form ID: 173      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.  
db           Dennis C. Pfender,, Jr.,    431 Prospect Ave,    West Berlin, NJ   08091-9237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:

         Harold N. Kaplan    on behalf of Creditor    MTGLQ Investors L.P. hkaplan@rasnj.com, informationathnk@aol.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com  
         Ronald E. Norman    on behalf of Debtor Dennis C. Pfender,, Jr. ronaldenorman@comcast.net, dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com  
         Sindi   Mncina    on behalf of Creditor    MTGLQ Investors L.P. smncina@rascrane.com  
         Sindi   Mncina    on behalf of Creditor    MTGLQ INVESTORS, L.P. smncina@rascrane.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         TOTAL: 8