Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

Case No.: 18−29524−ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dennis C. Pfender, Jr.  
   aka Dennis C Pfender, aka DENNIS PFENDER, dba Pfender Design Group, LLC  
   431 Prospect Ave  
   West Berlin, NJ 08091−9237

Social Security No.:  
   xxx−xx−8807

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on May 24, 2019.

   On May 20, 2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                June 24, 2020  
Time:               09:00 AM  
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 20, 2020  
JAN: eag

Jeanne Naughton
Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                         Case No. 18-29524-ABA
Dennis C. Pfender,, Jr.                                        Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin               Page 1 of 2           Date Rcvd: May 20, 2020
                               Form ID: 185              Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
db             Dennis C. Pfender,, Jr.,    431 Prospect Ave,    West Berlin, NJ 08091-9237
aty            +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
cr             +MTGLQ Investors L.P.,    RAS CRANE LLC,,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
                DULUTH, GA 30097-8461
517787835      Advocare Berlin Medical Associ,    175 Cross Keys Rd,    Berlin, NJ 08009-9263
517787836      Archer & Greiner,    33 E Euclid Ave,    Haddonfield, NJ 08033-2374
517787837      Camden County Probation,    5 Executive Campus Ste 200,    Cherry Hill, NJ 08002-4107
517814986      GLHEC & Aff obo USAF,    PO Box 8961,    Madison WI 53708-8961
517787839      I C System Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
517787840      KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517787842      Tara Jones,    21 Holly Dr,    West Berlin, NJ 08091-3713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 20 2020 22:38:48     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 20 2020 22:38:46     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm            +E-mail/Text: bkteam@selenefinance.com May 20 2020 22:38:22     Selene Finance, LP,
                9990 Richmond Avenue, Suite 400 South,    Houston, TX 77042-4546
517914207     +E-mail/Text: bkteam@selenefinance.com May 20 2020 22:38:21     MTGLQ Investors, L.P.,
                C/O Selene Finance, LP,    9990 Richmond Ave.,    Suite 400 South,    Houston TX 77042-4546
517787841      E-mail/Text: bkteam@selenefinance.com May 20 2020 22:38:21     Selene Finance, LP,
                9990 Richmond Ave Ste 400,    Houston, TX 77042-4546
517793277     +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:48:18     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517901193     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 20 2020 22:48:06     Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517903720      MTGLQ INVESTORS, L.P. RAS CRANE, LLC 10700 ABBOTT'
517787838     ##Ditech Financial,    PO Box 6172,    Rapid City, SD 57709-6172
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2020 at the address(es) listed below:
              Harold N. Kaplan    on behalf of Creditor    MTGLQ Investors L.P. hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com
              Ronald E. Norman     on behalf of Debtor Dennis C. Pfender,, Jr. rnorman@rnormanlaw.com,
               ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud
               .com
              Sindi   Mncina    on behalf of Creditor    MTGLQ Investors L.P. smncina@rascrane.com
              Sindi   Mncina    on behalf of Creditor    MTGLQ INVESTORS, L.P. smncina@rascrane.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 20, 2020
                              Form ID: 185             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 8