Form: ICB-19001-01 rev. 01

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

---

**Order Filed on June 24, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

   Dennis C. Pfender, Jr.

Debtor(s)

Case No.: 18-29524 (ABA)

Hearing Date: 06/24/2020

Judge:      Andrew B. Altenburg, Jr.

 

**ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: June 24, 2020**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Dennis C. Pfender, Jr.
Case No.: 18-29524 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 05/20/2020, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the case is to be set up as a Tier Plan and the debtor shall pay the Standing Trustee, Isabel C. Balboa, based upon the following schedule:

| Starting Month | No. of Months | Amount |
|---|---|---|
| 10/01/2018 | 20.00 | $0.00 |
| 06/01/2020 | Paid to Date | $10,854.00 |
| 07/01/2020 | 1.00 | $0.00 |
| 08/01/2020 | 38.00 | $150.00 |
| 10/01/2023 | Projected end of plan | |

Page 3 of 3
Debtor: Dennis C. Pfender, Jr.
Case No.: 18-29524 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** as follows:

Pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Selene Finance will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments to Selene Finance on account of pre-petition arrears set forth in the proof of claim dated December 10, 2018. Total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:  
Dennis C. Pfender,, Jr.  
    Debtor

Case No. 18-29524-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 24, 2020  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2020.  
db          Dennis C. Pfender,, Jr.,    431 Prospect Ave,    West Berlin, NJ   08091-9237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:

         Harold N. Kaplan     on behalf of Creditor    MTGLQ Investors L.P. hkaplan@rasnj.com, informationathnk@aol.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Rebecca Ann Solarz     on behalf of Creditor    MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com  
         Ronald E. Norman     on behalf of Debtor Dennis C. Pfender,, Jr. rnorman@rnormanlaw.com, ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com  
         Sindi    Mncina     on behalf of Creditor    MTGLQ Investors L.P. smncina@rascrane.com  
         Sindi    Mncina     on behalf of Creditor    MTGLQ INVESTORS, L.P. smncina@rascrane.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                       TOTAL: 8