UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
ssmith@pincuslaw.com
Sherri J. Smith
425 RXR Plaza
Uniondale, NY 11556
(516)-699-8902 ext. 2217
ATTORNEYS FOR MTGLQ Investors, L.P.

In Re:

Dennis C. Pfender, Jr. aka Dennis C Pfender aka DENNIS PFENDER dba Pfender Design Group, LLC
             DEBTOR

Case No.:       18-29524

Chapter:        13

Hearing Date:   11/09/2021

Judge:          ABA

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Sherri J. Smith,

   ☒  am the attorney for: MTGLQ Investors, L.P.

   ☐  am self-represented

   Phone number: 516-699-8902

   Email address: ssmith@pincuslaw.com

2. I request an adjournment of the following hearing:

   Matter: Motion for Relief from Stay

   Current hearing date and time: 11/09/2021 10:00AM

   New date requested: 11/30/2021

   Reason for adjournment request: Payments were sent to Creditor. Creditor awaits receipt of payments and payments to be applied to re-analyze account.

3.     I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

   ☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 11/4/2021 _____          /s/ Sherri J. Smith_____
                                                                           Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

---

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: __11/30/21 at 10__            ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2