UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
ssmith@pincuslaw.com
Sherri J. Smith
425 RXR Plaza
Uniondale, NY 11556
(516)-699-8902 ext. 2217
ATTORNEYS FOR MTGLQ Investors, L.P.

In Re:

Dennis C. Pfender, Jr. aka Dennis C Pfender aka DENNIS PFENDER dba Pfender Design Group, LLC
            DEBTOR

Case No.:      18-29524
Chapter:       13
Hearing Date:  12/21/2021
Judge:         ABA

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Sherri J. Smith,

   ☒ am the attorney for: MTGLQ Investors, L.P.

   ☐ am self-represented

   Phone number: 516-699-8902

   Email address: ssmith@pincuslaw.com

2. I request an adjournment of the following hearing:

   Matter: Motion for Relief from Stay

   Current hearing date and time: 12/21/2021 10:00AM

   New date requested: 01/11/2022

   Reason for adjournment request: Parties are negotiating resolution.

3.     I request an adjournment of confirmation:

      Current confirmation date and time: _____

      New date requested: _____

      Reason for adjournment request: _____

      _____

      Confirmation has been adjourned _____ previous times

      Trustee payments are current through _____

      The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

      ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

      _____

      _____

I certify under penalty of perjury that the foregoing is true.

Date: 12/16/2021                          /s/ Sherri J. Smith
                                                     Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: January 11, 2022 @ 10 am      ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**