UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
ssmith@pincuslaw.com
Sherri J. Smith
425 RXR Plaza
Uniondale, NY 11556
(516)-699-8902 ext. 2217
ATTORNEYS FOR MTGLQ Investors, L.P.

In Re:

Dennis C. Pfender, Jr. aka Dennis C Pfender aka DENNIS PFENDER dba Pfender Design Group, LLC
DEBTOR

Case No.:  18-29524
Chapter:  13
Hearing Date:  01/11/2022
Judge:  ABA

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay doc. 54. Agreed order to be submitted.

_____

Date: 01/10/2022

/s/ Sherri J. Smith
Signature

*rev.8/1/15*