Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 18−29524−ABA
          Chapter: 13
          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dennis C. Pfender, Jr.
   aka Dennis C Pfender, aka DENNIS
   PFENDER, dba Pfender Design Group,
   LLC
   431 Prospect Ave
   West Berlin, NJ 08091−9237

Social Security No.:
   xxx−xx−8807

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     3/10/22
Time:    02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Ronald E. Norman, Debtor's Attorney, period: 10/15/2021 to 1/26/2022

COMMISSION OR FEES
fee: $1935.50

EXPENSES
$0.00

****PLEASE NOTE – THIS NOTICE CORRECTS THE PREVIOUS NOTICE DATED 2/01/2022****

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 3, 2022
JAN: mef

Jeanne Naughton
Clerk