Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−29524−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dennis C. Pfender, Jr.
   aka Dennis C Pfender, aka DENNIS
   PFENDER, dba Pfender Design Group,
   LLC
   431 Prospect Ave
   West Berlin, NJ 08091−9237

Social Security No.:
   xxx−xx−8807

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:
Time:
Location:

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Ronald E. Norman, Debtor's Attorney, period: 10/15/2021 to 1/26/2022.

COMMISSION OR FEES
fee: $1935.50.

EXPENSES
$0.00.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 1, 2022
JAN:

                                           Jeanne Naughton
                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-29524-ABA
Dennis C. Pfender,, Jr.                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                   Page 1 of 2
Date Rcvd: Feb 01, 2022                           Form ID: 137                                  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dennis C. Pfender,, Jr., 431 Prospect Ave, West Berlin, NJ 08091-9237 |
| 517787835 | | Advocare Berlin Medical Associ, 175 Cross Keys Rd, Berlin, NJ 08009-9263 |
| 517787836 | # | Archer & Greiner, 33 E Euclid Ave, Haddonfield, NJ 08033-2374 |
| 517787837 | | Camden County Probation, 5 Executive Campus Ste 200, Cherry Hill, NJ 08002-4107 |
| 517814986 | | GLHEC & Aff obo USAF, PO Box 8961, Madison WI 53708-8961 |
| 517787842 | | Tara Jones, 21 Holly Dr, West Berlin, NJ 08091-3713 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 01 2022 22:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 01 2022 22:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 01 2022 22:46:00 | MTGLQ Investors L.P., RAS CRANE LLC,, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| lm | + | Email/Text: bkteam@selenefinance.com | Feb 01 2022 22:46:00 | Selene Finance, LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 517787839 | | Email/Text: Bankruptcy@ICSystem.com | Feb 01 2022 22:47:00 | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 517914207 | + | Email/Text: bkteam@selenefinance.com | Feb 01 2022 22:46:00 | MTGLQ Investors, L.P., C/O Selene Finance, LP, 9990 Richmond Ave., Suite 400 South, Houston TX 77042-4546 |
| 517787841 | | Email/Text: bkteam@selenefinance.com | Feb 01 2022 22:46:00 | Selene Finance, LP, 9990 Richmond Ave Ste 400, Houston, TX 77042-4546 |
| 517793277 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 01 2022 22:44:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517901193 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 01 2022 22:44:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 9

# BYPASSED RECIPIENTS

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 01, 2022 | Form ID: 137 | Total Noticed: 15 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517903720 | | MTGLQ INVESTORS, L.P. RAS CRANE, LLC 10700 ABBOTT' |
| aty | ##+ | KML Law Group, PC, 216 Haddon Avenue, Ste 406, Westmont, NJ 08108-2812 |
| 517787838 | ## | Ditech Financial, PO Box 6172, Rapid City, SD 57709-6172 |
| 517787840 | ## | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold N. Kaplan | on behalf of Creditor MTGLQ Investors L.P. hkaplan@rasnj.com  informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MTGLQ INVESTORS  L.P. rsolarz@kmllawgroup.com |
| Ronald E. Norman | on behalf of Debtor Dennis C. Pfender , Jr. rnorman@rnormanlaw.com, ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| Sherri Jennifer Smith | on behalf of Creditor MTGLQ INVESTORS  L.P. ssmith@pincuslaw.com, brausch@pincuslaw.com |
| Sindi Mncina | on behalf of Creditor MTGLQ Investors L.P. smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor MTGLQ INVESTORS  L.P. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9