| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor MTGLQ Investors, L.P.<br><br>**Atty Name** | |
| In Re:<br><br>Dennis C. Pfender JR.<br>Aka Dennis C Pfender, DENNIS PFENDER,<br>Dba Pfender Design Group, LLC<br><br>Debtor | Case No.:  18-29524-ABA<br>Adversary No.:  _____<br><br>Chapter:  13<br><br>Judge:  Andrew B. Altenburg |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:
   MTGLQ Investors, L.P.
(Example: John Smith, creditor)

   Old address:   Selene Finance LP
              9990 Richmond Ave. Suite 400
              Attn: BK Dept
              Houston, TX 77042

   New address:  (Notices & Payments)
              Selene Finance LP
              Attn: BK Dept
              3501 Olympus Blvd, Suite 500
              Dallas, TX 75019

   New phone no.:
   (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Dated 6/3/2022                               /s/Harold Kaplan
                                        Signature

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on   June 16, 2022   I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Dennis C. Pfender,, Jr.
431 Prospect Ave
West Berlin, NJ 08091-9237

And via electronic mail to:

Ronald E. Norman
Law Office of Ronald E. Norman
Washington Professional Campus II
901 Route 168
Suite 407A
Turnersville, NJ 08012

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/  Angela Gill