Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–29524–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dennis C. Pfender Jr.
aka Dennis C Pfender, aka DENNIS PFENDER, dba Pfender Design Group, LLC
431 Prospect Ave
West Berlin, NJ 08091–9237

Social Security No.:
xxx–xx–8807

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           August 15, 2023
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*80* – Certification in Opposition to (related document:79 Creditor's Certification of Default (related document:60 Order on Motion For Relief From Stay) filed by Kimberly A. Wilson on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association. Objection deadline is 07/24/2023. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association) filed by Ronald E. Norman on behalf of Dennis C. Pfender Jr.. (Norman, Ronald)

and transact such other business as may properly come before the meeting.


Dated: July 24, 2023
JAN: eag

Jeanne Naughton
Clerk