# *Office of the Chapter 13 Standing Trustee*

## *Andrew B. Finberg, Chapter 13 Standing Trustee*

*Joni L. Gray, Counsel*  
*Jennifer R. Gorchow, Staff Attorney*  
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander\**  
*Jennie P. Archer\**  
*Kelleen E. Stanley\**  
*Kimberly A. Talley\**

*\*Certified Bankruptcy Assistant*

January 9, 2024

Clerk of the Court  
UNITED STATES BANKRUPTCY COURT  
Mitchell H. Cohen Federal Courthouse  
1 John F. Gerry Plaza  
4th and Cooper, 4th Floor  
Camden, NJ 08101

RE:   Chapter 13 Bankruptcy  
　　　Debtor's Name: Dennis Pfender, Jr.  
　　　Case No: 18-29524 (ABA)

Dear Judge Andrew Altenburg, Jr.,

　　Please be advised that on January 4, 2024, Final Report and Account (docket #90) was filed with the court in reference to the above captioned case. Please note that this was filed in error. Therefore, please withdraw the Final Report and Account (docket #90) which was filed on January 4, 2024. Should you have any questions regarding this matter please feel free to contact this office.

　　As always, the courtesy of the court is appreciated.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　OFFICE OF THE CHAPTER 13  
　　　　　　　　　　　　　　　　STANDING TRUSTEE

　　　　　　　　　　　　　　　　/s/ Andrew B. Finberg  
　　　　　　　　　　　　　　　　Andrew B. Finberg  
　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

**Payments Only:**

P.O. Box 1978  
Memphis, TN 38101-1978