Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

Case No.: 18−29524−ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Dennis C. Pfender Jr.  
aka Dennis C Pfender, aka DENNIS PFENDER, dba Pfender Design Group, LLC  
431 Prospect Ave  
West Berlin, NJ 08091−9237

Social Security No.:  
xxx−xx−8807

Employer's Tax I.D. No.:

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 6/11/24 at 10:00 AM

to consider and act upon the following:

**96** – Certification in Opposition to (related document:95 Creditor's Certification of Default (related document:85 Order Resolving Creditor's Certification of Default) filed by Kimberly A. Wilson on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association. Objection deadline is 05/23/2024. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association) filed by Ronald E. Norman on behalf of Dennis C. Pfender Jr.. (Norman, Ronald)

Dated: 5/20/24

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court