UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

KIMBERLY A. WILSON (031441997)

In Re:

**Dennis C. Pfender, Jr.** *aka* **Dennis C Pfender**

*aka* **DENNIS PFENDER** *dba* **Pfender Design Group, LLC,**

   **Debtor.**

Order Filed on June 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     18-29524-ABA

Chapter:      13

Hearing Date: June 11, 2024

Judge:        Andrew B. Altenburg Jr.

## ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: June 14, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

THIS MATTER having come before the Court on the Creditor's Certification of Default of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 431 Prospect Avenue, West Berlin, NJ 08091 (the "Subject Property"), and Ronald E. Norman, Esquire representing Dennis C. Pfender, Jr. ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Certification of Default is resolved, subject to the following conditions:

1. Status of post-petition arrearages:
   - ■ The Debtor is overdue for 02 months from May 1, 2024 through June 1, 2024.
   - ■ The Debtor is overdue for 02 payments from May 1, 2024 through June 1, 2024 at $1,883.53 per month.

     Funds Held In Suspense $0.00.

     Total Arrearages Due $3,767.06.

2. Debtor must cure all post-petition arrearages, as follows:

   ■ Immediate payment shall be made in the amount of $3,767.06. Payment shall be made within 10 days of entry of this Order.

   ■ Beginning on July 01, 2024, regular monthly mortgage payments shall continue to be made in the amount of $1,769.83.

3. Payments to the Secured Creditor shall be made to the following address(es):

   ■ Regular monthly payment:   Selene Finance, LP
   Attn: BK Dept
   3501 Olympus Boulevard
   Dallas Texas  75019

   ■ Immediate payment:   Selene Finance, LP
   Attn: BK Dept
   3501 Olympus Boulevard
   Dallas Texas  75019

4. In the event of Default:

   ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of

Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $200.00.

   The fees and costs are payable:
   ■ Through the Chapter 13 plan.