| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Dennis C Pfender, Jr. | Case No.: __18-29524__<br>Chapter: __13__<br>Judge: __ABA__ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Dennis C Pfender, Jr._____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☑ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

_Dennis Pfender_
Dennis Pfender (Jul 17, 2024 18:30 EDT)

Date: 07/16/2024

/s/ Dennis C Pfender, Jr.
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*