Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.: 18–29524–ABA
           Chapter: 13
           Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dennis C. Pfender Jr.
  aka Dennis C Pfender, aka DENNIS PFENDER, dba Pfender Design Group, LLC
  431 Prospect Ave
  West Berlin, NJ 08091–9237

Social Security No.:
  xxx–xx–8807

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 18, 2024</u>　　　　　　　　<u>Andrew B. Altenburg Jr.</u>
                                                                 Judge, United States Bankruptcy Court